UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>CURTIS CLAYTON HUITT,<br><br>Defendant. | No. 1:26-CR-022-H |

**ORDER**

The United States Magistrate Judge issued Findings, Conclusions, and a Recommendation (FCR) that the Court find Curtis Clayton Huitt competent to stand trial. Dkt. No. 23. No objections were filed.

Where no specific objections are filed within the 14-day period, the Court reviews the Magistrate Judge's Findings, Conclusions, and Recommendations only for plain error. *Serrano v. Customs & Border Patrol, U.S. Customs & Border Prot.*, 975 F.3d 488, 502 (5th Cir. 2020). The District Court has reviewed the FCR for plain error. Finding none, the Court accepts and adopts the FCR. Therefore, the Court finds by a preponderance of the evidence that Huitt "is not presently suffering from any mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him[] or to assist properly in his defense." Dkt. No. 23 at 9; *see* 18 U.S.C. § 4241(a). The Court thus finds Huitt competent to stand trial.

So ordered on October 8, 2026.

JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE